To: Court of Crim. App.
P.O. 12308 Capitol Sta.
Austin, Texas 78711

7-27-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 29 2015

Abel Acosta, Clerk

RE: Cause No. 11965
   WR-38-681-03

Dear Clerk,

   Please file this supplement to Mandamus and please return this coppied letter, file stamped so I'll have conformation of your receiving the document, in the stamped return envelope.


Thank You

Jeffrey L. Ward

CAUSE NO. 11965
WR-38-681-03

38,681-03

In Re Jeffrey L. Ward
                    Relator

v.

THE 2ND DISTRICT COURT
Hon. DWIGHT L. PHIFER
                    Respondant

?
?
?
?
?
?
?

IN THE COURT

OF

CRIMINAL APPEALS

---

## SUPPLEMENT TO WRIT OF MANDAMUS IN ACCORDANCE with RULE 52.7(b). SUPPLEMENTATION PERMITTED.

### LIST OF PARTIES

TRIAL COURT'S DISTRICT JUDGE
HON. DWIGHT L. PHIFER
                    RESPONDANT

JEFFREY L. WARD
WYNNE UNIT; 810 FM 2821
HUNTSVILLE, TX 77349
                    Relator Pro-Se

COMES NOW, JEFFREY L. WARD PRO-SE into this Court of CRIMINAL APPEALS requesting supplement the WRIT OF MANDAMUS presently before this Honorable Court and filed as WR-38-681-03. Making reference to the additional WRIT filed as WR-38-681-04. Where District Court held Relator's prior habeas Corpus five(5) years causes Relator to complain of six(6) months as to long in this instant case.

1.

## ISSUE PRESENTED

Relator supplements WR-38-681-03 by pointing to the situation which has brought about the need for a WRIT OF MANDAMUS at this 2nd District Courts holding of his presently held Habeas Corpus for six (6) months.

Six (6) months is to long according to the Code of Crim. Proc. where (35) days is prescribed. However, this issue is compounded by the period of five (5) years utilized by this 2nd District Court, and there not supplying the Court of Criminal Appeals with the information that pertained to the Partial Evidentuary Hearing held by the 2nd District Court. Where the transcribed record of that hearing was kept from this Honorable Court causing this Court to not be aware of facts, critical to an effective determination of that prior Habeas Corpus. See WR-38-681-01, and WR-38-681-04.

Relator, therefore shows this Court his reasoning for a Mandamus in the instant case WR-38-681-03. WR-38-681-04 was sent by Certified mail, return receipt requested. Received by this Honorable Court July 8, 2015.

## PRAYER

Relator Prays this Honorable Court find this Relator's reasoning to be understandable in this cause and Prays that this supplementation is taken into concideration in this instant case.

Respectfully Submitted

Jeffrey L. Ward

Relator Pro-se
Jeffrey L. Ward

2.

## CERTIFICATE OF SERVICE

By my hand I do swear that a true and correct copy of the foregoing document was mailed to the Honorable Judge Bascom W. Bentley III with the proper postage attached to the 2nd Judicial District Court at P.O. Box 287, Rusk Tx. 75785. Also to Ms. Rachel L. Patton, District Attorney, P.O. Box 450, Rusk, Tex. 75785 on this the 27 day of July 2015. Also mailed to Judge Dwight L. Phifer, P.O. Box 287, Rusk, Tx. 75785 on same date.

Jeffrey L. Ward
Relator Pro-se